LYONDELL CHEMICAL COMPANY;
et al., Plaintiffs

v.

ALBEMARLE CORPORATION;
et al., Defendants

El Paso Tennessee Pipeline Company;
EPEC Polymers, Incorporated; Tennessee Gas Pipeline Company; EPEC
Corporation, Plaintiffs–Appellees

v.

Occidental Chemical Corporation,
Defendant–Appellant.

No. 11–40218.

United States Court of Appeals,
Fifth Circuit.

March 12, 2012.

John R. Eldridge, Kent Geoffrey Rutter, Esq., Haynes & Boone, L.L.P., Houston, TX, Tanner Truett Hunt, Jr., Wells, Peyton, Greenberg & Hunt, L.L.P., Beaumont, TX, for Plaintiffs–Appellees.

Jeremy Gaston, Esq., Burford, Hawash, Meade & Gaston, L.L.P., Samuel Eugene Stubbs, Esq., Pillsbury Winthrop Shaw Pittman, L.L.P., Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and PRADO and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.